

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00328-CV

FRED LAMOND HARRIS                                      APPELLANT

V.

YVETTE HENRY-HARRIS                                     APPELLEE

-----------

FROM THE 233RD DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered appellant's letter requesting that we dismiss his appeal, which we construe as a motion to dismiss. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: December 12, 2013

---

[1]*See* Tex. R. App. P. 47.4.